

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2014

No. 04-13-00441-CV

**RIO GRANDE H2O GUARDIAN** and Albert Furney Muller, Jr.,
Appellants

v.

**ROBERT MULLER FAMILY PARTNERSHIP LTD**, DBA Robert Muller LTD and Rosetta
Stone, LLC,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVQ001860D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Sitting:     Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

The court has considered the Appellant's Motion for Rehearing En Banc, and the motion
is DENIED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 7th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court